BREWER ET AL. *v.* CRUM.

[72 South. 700.]

APPEAL AND ERROR.. *Affirmance. Effect of divided court.*

Where the judges of the supreme court are equally divided on the question whether the judgment of the court below shall be reversed, such judgment will be affirmed.

APPEAL from the chancery court of Wilkinson county. HON. R. W. CUTRER, Chancellor.

Suit between Earl Brewer and others and Mrs. Ella Crum. From the judgment, Earl Brewer and others appeal.

*R. N. Miller* and *Ackland H. Jones,* for appellant.

*Bremlette & Bramlette,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The judges of this court being equally divided on the question whether the judgment of the court below shall be reversed, it necessarily follows that such judgment cannot be reversed, and must therefore be affirmed. So ordered.

*Reversed.*